AO 91 (Rev. 11/11) Criminal Complaint


AUSA Minje Shin (312) 952-8118
AUSA Edward A. Liva, Jr. (312) 886-7647

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CASE NUMBER: 26CR32 |
| JASON MITSIAS | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about August 25, 2025, at Maywood, in the Northern District of Illinois, Eastern Division, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) | Knowingly and intentionally possessed with intent to distribute a controlled substance, namely five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

*Olivia Rivera*
OLIVIA RIVERA
Special Agent, Homeland Security Investigations (HSI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: January 23, 2026

*Laura K. McNally*
*Judge's signature*

City and state: Chicago, Illinois

LAURA K. MCNALLY, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, OLIVIA RIVERA, being duly sworn, state as follows:

1. I am a Special Agent with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), and have been so employed since approximately June 2018.

2. As part of my duties as an HSI Special Agent, I investigate criminal violations relating to narcotics trafficking offenses, including money laundering offenses, in violation of Title 18, United States Code, Sections 1956 and 1957, and Federal Controlled Substance offenses, in violation of Title 21, United States Code, Sections 841, 843, 846, 848, 952 and 963. I have been involved with various electronic surveillance methods, the debriefing of defendants, informants, and witnesses, as well as others who have knowledge of the distribution, transportation, storage, and importation of controlled substances.

3. I have received training in the area of narcotics investigations, money laundering, financial investigations, and various methods that drug dealers use in an effort to conceal and launder the proceeds of their illicit drug trafficking enterprises.

4. This affidavit is submitted in support of a criminal complaint alleging that JASON MITSIAS has violated Title 21, United States Code, Section 841(a)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging MITSIAS with knowingly

and intentionally possessing with intent to distribute a controlled substance, namely five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

5. The statements in this affidavit are based on my training and experience, my personal knowledge, an audio and video recorded interview, law enforcement reports, and information that I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts.

I. FACTS SUPPORTING PROBABLE CAUSE

A. Summary of Probable Cause

6. As discussed below, on or about August 25, 2025, law enforcement observed MITSIAS meet with an individual near an apartment building in Forest Park, Illinois, during which meeting MITSIAS provided the individual with two white shipping boxes. MITSIAS departed the area in a vehicle, and law enforcement conducted a traffic stop, during which a K-9 alerted to the presence of narcotics in MITSIAS's vehicle. Law enforcement then recovered from the vehicle two white shipping boxes containing approximately 25 brick-shaped objects; a sampling of 11 of the brick-shaped objects tested positive for cocaine and weighed approximately 11

kilograms. Law enforcement arrested MITSIAS, and during a *Mirandized* post-arrest interview, MITSIAS admitted that the boxes contained cocaine.

### B. Surveillance of MITSIAS

7. On or about August 25, 2025, HSI conducted surveillance on MITSIAS[1], a suspect in a narcotics trafficking investigation. At approximately 2:42 p.m., HSI investigators observed MITSIAS exit a residence in Streamwood, Illinois and enter the driver's seat of a dark colored Jeep Grand Cherokee (the "MITSIAS Vehicle"). MITSIAS departed the area in his vehicle and HSI investigators maintained mobile surveillance. According to investigators conducting surveillance, at approximately 3:29 p.m., MITSIAS's Vehicle arrived at or near an alleyway located near the 3000 block of North New England Avenue in Chicago. HSI investigators observed MITSIAS exit his vehicle and remove a black, plastic upholstery mat from the trunk of his vehicle. Moments later, MITSIAS entered a detached garage located nearby. At approximately 3:51 p.m., MITSIAS exited the garage carrying four white shipping boxes and placed them into the trunk of his vehicle.

8. After loading the shipping boxes into his vehicle, MITSIAS departed the area and was followed by HSI agents, who maintained mobile surveillance. At approximately 4:15 p.m., HSI investigators observed MITSIAS's Vehicle arrive to an apartment building in the vicinity of the 100 block of Elgin Avenue in Forest Park,

---

[1] Law enforcement identified MITSIAS based on a comparison to a Secretary of State photograph of MITSIAS. Further, law enforcement identified MITSIAS during an interview on or about August 25, 2025, as described below.

3

Illinois ("Elgin Apartment Building"). When MITSIAS arrived, a Lincoln SUV was parked in the same lot. Agents observed MITSIAS exiting his vehicle and opened the trunk to his SUV. Contemporaneously, a black male subject (later identified as "Individual A") exited the Lincoln and walked towards MITSIAS's vehicle. MITSIAS retrieved two of the white shipping boxes from the trunk of his vehicle and handed them to Individual A. Individual A carried the two boxes, stacked on top of each other, and walked into the Elgin Apartment Building.

9. At approximately 4:26 p.m., HSI investigators observed Individual A exit the Elgin Apartment Building empty handed, enter the driver's seat of the Lincoln, and depart the area.

10. At approximately 4:20 p.m., MITSIAS departed the area in his vehicle and parked at a gas station near the intersection of Randolph Street and Belvidere Avenue. MITSIAS remained there for several minutes and then departed the area. Investigators maintained continuous surveillance on MITSIAS's vehicle and ensured he did not meet with additional subjects after departing the Elgin Apartment Building and before the traffic stop, which is described below.

C. **Traffic Stop of MITSIAS and Recovery of Cocaine**

11. At approximately 4:33 p.m., law enforcement conducted a traffic stop on MITSIAS's Vehicle for failure to signal at or near 1st Avenue south of Maple Street, in Maywood, Illinois. MITSIAS was the sole occupant of the vehicle during the stop. Law enforcement asked MITSIAS if he would exit the vehicle so that law enforcement could conduct a K9 sniff around the outside of the vehicle. MITSIAS complied with

4

the request and exited the vehicle. Moments later, law enforcement deployed a drug-sniffing K9 to conduct a "sniff" outside of MITSIAS's vehicle. The K9 alerted to narcotic odors coming from the front passenger side of the vehicle, where the window was open.

12. Law enforcement conducted a search of the vehicle and located two white shipping boxes (which appeared identical to those that MITSIAS gave to Individual A) in the trunk. Upon opening the boxes, law enforcement located, in total, approximately 25 brick shaped objects inside of the two boxes. HSI submitted 11 of the bricked-shaped objects for laboratory testing, and the objects tested positive for cocaine and weighed approximately 11 kilograms.

### D. Interview of MITSIAS

13. Law enforcement arrested MITSIAS and transported him to the HSI office in Lombard, Illinois. There, MITSIAS waived his *Miranda* rights by signing an advice of rights form and provided a statement.

14. During HSI's interview of MITSIAS, which was recorded, he was shown a photograph of Individual A with identifiers removed. MITSIAS stated that the individual in the photograph was the recipient of the two white boxes outside of the Elgin Apartment Building earlier that day. MITSIAS stated that he knew Individual A solely as "290" and spoke to him on the telephone before the delivery. During the call with "290," MITSIAS stated that he relayed that he "was on his way."

15. According to MITSIAS, he was directed to pick up and deliver the four white shipping boxes (which he knew to contain cocaine) by an unidentified male

5

subject, who MITSIAS believed resides in Mexico. MITSIAS stated that the two boxes he delivered to 290 would have contained the same amount of narcotics as were contained in the two boxes law enforcement recovered from MITSIAS's Vehicle on the same day.

## II. CONCLUSION

16. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about August 25, 2025, JASON MITSIAS knowingly and intentionally possessed with intent to distribute a controlled substance, namely, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

FURTHER AFFIANT SAYETH NOT.

*Olivia Rivera*
OLIVIA RIVERA
Special Agent, Homeland Security Investigations

SWORN TO AND AFFIRMED by telephone January 23, 2026.

*Laura K. McNally*
Honorable LAURA M. MCNALLY
United States Magistrate Judge

6